1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FRANCIS DAVIS,                                    1: 05 CV 0908 AWI DLB P

                    Plaintiff,          ORDER DENYING MOTION TO SUBMIT
                                                 EVIDENCE

     v.

CLARK, et.al.,

                Defendants.

_____/

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 31, 2005, plaintiff filed a motion requesting that the Court allow him to submit his physical evidence in order to preserve the evidence for trial. Plaintiff is advised that the court cannot serve as a repository for the parties' evidence. The Court does not have the facilities to retain evidence pending trial. The parties may not submit evidence with the Court until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the court). Plaintiff's motion must therefore be DENIED.

     IT IS SO ORDERED.

   Dated:   __September 7, 2005__          _____/s/ **Dennis L. Beck**_____
3c0hj8                                           UNITED STATES MAGISTRATE JUDGE