UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS DAVIS,<br><br>           Plaintiff,<br><br>   v.<br><br>CLARK, et.al.,<br><br>           Defendants.<br>_____/ | 1: 05 CV 0908 AWI DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is the complaint filed July 14, 2005. The complaint appears to state a cognizable claim for relief. Accordingly, IT IS HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

          CLARK

          WILLIAMS

          STOHL

          SHERMAN

    2.    The Clerk of the Court shall send plaintiff four (4) USM-285 forms, four (4) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed July 14, 2005.

    3.    Within THIRTY (30) DAYS from the date of this Order, plaintiff shall complete

the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Five (5) copies of the endorsed complaint filed July 14, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **September 7, 2005**            **/s/ Dennis L. Beck**
3c0hj8                                               UNITED STATES MAGISTRATE JUDGE