# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS DAVIS, | 1: 05 CV 0908 AWI DLB P |
| Plaintiff, | ORDER DIRECTING CLERK TO RETURN EVIDENCE TO PLAINTIFF |
| v. | |
| CLARK, et.al., | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 31, 2005, plaintiff filed a motion requesting that the Court allow him to submit his physical evidence in order to preserve the evidence for trial. The Court denied the motion on September 8, 2005. Accordingly, the Clerk of the Court is DIRECTED to return the evidence submitted to the Litigation Coordinator at the California Substance Treatment Facility, Corcoran.

    IT IS SO ORDERED.

    Dated:    October 19, 2005                    /s/ Dennis L. Beck
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE