IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCIS W. DAVIS,**<br><br>                       Plaintiff,<br><br>     v.<br><br>**CLARK, et al.,**<br><br>                       Defendants. | 1:05-CV-0908 AWI DLB P<br><br>**ORDER GRANTING DEFENDANTS' NUNC PRO TUNC APPLICATION FOR LEAVE TO FILE A LATE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

     Good cause appearing, it is hereby ordered that Defendants' nunc pro tunc application for leave to file a late Reply to Plaintiff's Opposition to Defendants' Motion be granted. It is further ordered that Defendants' Reply be filed with this Court.

     IT IS SO ORDERED.

     **Dated:   January 27, 2006**                **/s/ Dennis L. Beck**
3c0hj8                                                    UNITED STATES MAGISTRATE JUDGE