UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS W. DAVIS, | 1:05-cv-00908-AWI-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 33) |
| vs. | **ORDER GRANTING MOTION TO DISMISS** (Doc. 26) |
| CLARK, et al., | **ORDER DENYING PENDING MOTIONS AS MOOT** (Doc. #13 & #31) |
| Defendants. | **ORDER DISMISSING ACTION** |

Plaintiff, Francis W. Davis ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 22, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On July 17, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.  The Findings and Recommendations, filed June 22, 2006,
8  are ADOPTED IN FULL;
9    2.  Defendants' motion to dismiss, filed December 27, 2005,
10 is GRANTED;
11   3.  Pursuant to 42 U.S.C. § 1997e(a), this action is
12 DISMISSED, without prejudice, based on plaintiff's failure to
13 exhaust the administrative remedies prior to filing suit; and
14   4.  All pending motions are denied as moot.

IT IS SO ORDERED.

**Dated:   August 28, 2006**              /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE

2