# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCIS W. DAVIS,** | **CASE NO. 1:CV-05-0908-AWI-DLB-P** |
| Plaintiff, | **ORDER DENYING MOTION FOR RECONSIDERATION OF JUDGMENT** |
| v. | |
| **CLARK, et al.,** | **(Document #42)** |
| Defendants. | |

Plaintiff is a state prisoner who filed a civil rights action pursuant to 42 U.S.C. § 1983. On August 28, 2006, the court dismissed Plaintiff's complaint based on Plaintiff's failure to exhaust available administrative remedies prior to filing suit. On September 7, 2006, Plaintiff filed a motion for reconsideration pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. On October 4, 2006, the court denied Plaintiff's motion. On November 27, 2006, Plaintiff filed yet another motion for reconsideration.

Meanwhile, on October 16, 2006, Plaintiff filed an appeal with the Ninth Circuit Court of Appeals. On February 26, 2009, the Ninth Circuit denied Plaintiff's appeal and affirmed the court's judgment.

An administrative review of this file reveals that Plaintiff's second motion for reconsideration was never resolved by the court, and it remains a pending motion. However, the Court of Appeals' upholding of this court's dismissal for failure to exhaust moots any motion

filed in this court.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for reconsideration is DENIED.

IT IS SO ORDERED.

**Dated: March 24, 2009**             /s/ Anthony W. Ishii
                                      CHIEF UNITED STATES DISTRICT JUDGE